Case 4:19-cv-02842   Document 32   Filed on 02/25/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 25, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BILLY DESAI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-2842 |
| | § | |
| INVESCO GROUP SERVICES, INC. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for Summary Judgment (Doc. No. 20); Plaintiff's Response in Opposition (Doc. No. 21); Defendant's Reply in Support (Doc. No. 22); Judge Bray's Memorandum and Recommendation (Doc. No. 30) that the Court deny Defendant's Motion for Summary Judgment; and Defendant's Objections (Doc. No. 31) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Defendant does not meet its summary judgment burden of establishing that Plaintiff would have lost his position even if he had not taken FMLA leave. Accordingly, it is hereby

**ORDERED** that Defendant's Objections (Doc. No. 31) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 30) is **ADOPTED**; and Defendant's Motion for Summary Judgment (Doc. No. 20) is **DENIED**.

SIGNED at Houston, Texas, this ___25th___ day of February 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE